**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

v.

William Cooper,

Defendant.

_______________________________/

Case No. 26-cr-20020

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

**ORDER GRANTING THE GOVERNMENT'S MOTION TO SEAL ITS UNREDACTED RESPONSE TO DEFENDANT'S MOTION FOR REVOCATION OF THE DETENTION ORDER [51]**

Before the Court is the government's motion to seal its unredacted response to Defendant William Cooper's motion for revocation of the detention order. (ECF No. 51.) The government filed a redacted version of its response on the docket (ECF No. 50), and it provided an unredacted copy to the Court. Having reviewed these documents, the Court finds that the redacted portions of the government's response discuss "Defendant's mental-health history and current diagnosis." (ECF No. 51, PageID.149.) Defendant's privacy interest in this information is great. Any interests in giving the public access to the

redacted information do not outweigh the interests favoring nondisclosure. The Court also finds that the sealing proposed by Defendant is not broader than necessary. As noted above, the government filed a redacted version of its response. (ECF No. 50.) As a result, the public has access to the information to which Defendant does not have a privacy interest compelling nondisclosure. It is therefore appropriate for the government's unredacted response to be filed under seal pursuant to Eastern District of Michigan Local Rule 5.3 and the standard set forth in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 306 (6th Cir. 2016) ("[T]he interests in support of nondisclosure are compelling, . . . the interests supporting access are less so, and . . . the seal itself is no broader than necessary[.]").

Accordingly, the government's motion to seal (ECF No. 51) is GRANTED. The government must file its unredacted response on the docket under seal.

IT IS SO ORDERED.

Dated: August 28, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager